No. A–1023 (98–1932). PATAKI, GOVERNOR OF NEW YORK, ET AL. *v.* GRUMET ET AL. Ct. App. N. Y. Application for stay, presented to JUSTICE GINSBURG, and by her referred to the Court, granted, and it is ordered that the judgment of the Court of Appeals of New York, case No. 38, dated May 11, 1999, is stayed pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the issuance of the mandate of this Court.

No. D–2051. IN RE DISBARMENT OF BURGESS. Disbarment entered. [For earlier order herein, see 526 U. S. 1002.]

No. D–2057. IN RE DISBARMENT OF LUCAS. Disbarment entered. [For earlier order herein, see 526 U. S. 1036.]

No. D–2083. IN RE DISBARMENT OF GOBLE. Roger C. Goble, of Arlington Heights, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2084. IN RE DISBARMENT OF GIAMANCO. Paul D. Giamanco, of Mt. Vernon, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2085. IN RE DISBARMENT OF MAGLARAS. Chris Maglaras, Jr., of Las Vegas, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.